**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **V.** | * | **CASE NO. 2:2006-MJ-10-W** |
| | * | |
| **BERNETTA LASHAY WILLIS,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE**

Comes now the undersigned counsel and files this Notice of Appearance as attorney of record for the Defendant, Bernetta Lashay Willis.

Respectfully submitted this the 1st day of February, 2006.


                                        S/Bruce Maddox
                                        Bruce Maddox (MAD013)
                                        Attorney for Bernetta Lashay Willis

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **V.** | * | **CASE NO. 2:2006-MJ-10-W** |
| | * | |
| **BERNETTA LASHAY WILLIS,** | * | |
| | * | |
| **Defendant.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Christopher A. Snyder, Esquire, Asst. United States Attorney.

Respectfully submitted.

_____S/Bruce Maddox
Of Counsel