**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | CASE NO. 2:06mj-10-CSC |
| ) | |
| **BERNETTA LASHAY WILLIS,** ) | |
| ) | |
| **Defendant.** ) | |

**ENTRY OF APPEARANCE**

COMES now Banks T. Smith, and enters his appearance on behalf of the Defendant, Bernetta Lashay Willis.

Dated this the 1st day of February, 20056

/s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
Attorney for Defendant
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, AL  36302-1748
334-793-3610
FAX 334-671-1843
bsmith@hallsmith.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have served a copy of the foregoing document to the Christopher A. Snyder, Asst. U.S. Attorney, by electronically filing this document with the Clerk of Court, this the 1st day of February, 2006.

/s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
Attorney for Defendant
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, AL  36302-1748
334-793-3610
FAX 334-671-1843
bsmith@hallsmith.com