**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | CASE NO. 2:06mj-10-CSC |
| ) | |
| **BERNETTA LASHAY WILLIS,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO WITHDRAW**

COMES now Banks T. Smith, and respectfully requests this Honorable Court to allow him to withdraw as counsel for the Defendant, Bernetta Lashay Willis, and as grounds would state that she has retained her own counsel.

Dated this the 1st day of February, 2006.

/s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
Attorney for Defendant
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, AL  36302-1748
334-793-3610
FAX 334-671-1843
bsmith@hallsmith.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have served a copy of the foregoing document to the Christopher A. Snyder, Asst. U.S. Attorney, by electronically filing this document with the Clerk of Court, this the 1st day of February, 2006.

/s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
Attorney for Defendant
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, AL  36302-1748
334-793-3610
FAX 334-671-1843