IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06mj10-CSC |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

**ORDER**

For good cause, it is

ORDERED that the detention and preliminary hearing presently set for February 8, 2006 at 1:30 p.m. be and is hereby **RESET to February 6, 2006, at 1:30 p.m.** in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 2nd day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE