IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06mj10-CSC |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

**ORDER**

Upon consideration of attorney Banks T. Smith's motion to withdraw (doc. # 12), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 2nd day of February, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE