# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/6/06   AT | FTR: 1:35 p.m. - 2:50 p.m. |
| DATE COMPLETED: 2/6/06   AT | Digital Recorded |

UNITED STATES OF AMERICA    *
                            *
    Plaintiff               *
                            *
vs.                         *   CASE NO.: 2:06MJ10-CSC
                            *
BERNEETTA WILLIS            *
                            *
    Defendant               *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Christopher Synder | * | Atty. Bruce Maddox |
| Atty. Andrew Schiff | | |
| | | |
| Mr. Ron Thweatt, USPTS | * | |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON

( X ) OTHER PROCEEDINGS: *__PRELIMINARY /DETENTION HEARING__*

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Detention /Preliminary  - 06mj10-CSC | |
|---|---|---|
| **Date** | 2 / 6 /2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1:35:15 PM | Court | Convenes; parties present; |
| 1:35:30 PM | Atty. Synder | Calls Agent Ed Kleppinger, III; witness is sworn and seated; Discussion as to the investigation of fradulent Katrina funds; Discussion and review of Govt. Exh. #1;   Move to admit. Govt. Exh. #1; |
| 1:46:02 PM | Court | It's admitted; |
| 1:46:10 PM | Atty. Synder | Cont'd testimony; Discussion of the execution of search warrant; Items found in the search; |
| 1:54:42 PM | Atty. Maddox | Cross examination; |
| 2:06:38 PM | Atty. Synder | Re- direct; |
| 2:07:41 PM | Atty. Maddox | Re- cross exam; |
| 2:07:55 PM | Court | Witness is excused; |
| 2:08:07 PM | Atty. Maddox | One more question to witness; |
| 2:08:32 PM | Court | Witness is excused; |
| 2:08:39 PM | Atty. Maddox | Calls Krystal Washington ; witness is sworn and seated; Discussion of incident occurred at the Rose Club; |
| 2:16:37 PM | Atty. Synder | Cross - examination ; |
| 2:20:07 PM | Court | Wintess is excused; |
| 2:20:13 PM | Atty. Maddox | Calls  Elizabeth  Dean; Witness is sworn and seated; |
| 2:25:12 PM | Atty. Synder | Cross - examination; |
| 2:27:23 PM | Court | Witness is excused; |
| 2:27:31 PM | Atty. Maddox | Calls Lucy Orum; witnes is sworn and seated; |
| 2:30:39 PM | Atty. Synder | Cross - examination; |
| 2:31:53 PM | Atty. Maddox | Re- direct; |
| 2:32:07 PM | Court | Witness is excused; |
| 2:32:38 PM | Court | Discussion at to govt. motion to detain and standard of proof; |
| 2:32:47 PM | Atty. Synder | Response; believes the govt has met the standard of proof; |
| 2:33:05 PM | Court | Discussion as to the standards as to the bail reform act; |
| 2:33:15 PM | Atty. Synder | Response; |
| 2:33:18 PM | Court | Where is the clear and convincing evidence? |
| 2:33:19 PM | Atty. Synder | Response; |
| 2:33:39 PM | Court | Dicussion of the contradiction of evidence; |
| 2:33:52 PM | Atty. Synder | Deft admitted she had a gun and used it at the Rose Supper Club; |
| 2:34:10 PM | Atty. Maddox | Addresses the court ; |
| 2:35:16 PM | Court | Find that sufficient evidence that a crime has been committed; The govt. has failed to meet it's burden of proof as to detention; Court ORDERS that the deft be released on bond and conditions to include home confinement; Court will recess to allow the pretrial service officer and  counsel for deft to go over the bond and conditions of release with deft; |

| 2:36:26 PM | Atty. Maddox | Questions regarding health conditions; |
| 2:48:59 PM | Court | Court recovenes; |
| 2:49:04 PM | Atty. Maddox | Addresses the court as to the children of the deft who will need to be picked up from school; |
| 2:49:56 PM | Court | Discussion and execution of the bond and conditions of release; |
| 2:50:31 PM | Court | Court is recessed. |