IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| vs. | *   CASE NO.: 2:06MJ10-CSC |
| BERNETTA WILLIS | * |
| Defendant | * |

## WITNESS LIST:

**GOVERNMENT**

1. Agent Ed Kepplinger, III

**DEFENDANT**

1. Krystal Washington
2. Elizabeth Dean
3. Lucy Orum